Submitted on motion to dismiss appeal September 3, dismissed September 10, 1918.

## MORRISON *v.* ST. JOHNS SANITARIUM.

(174 Pac. 721.)

**Appeal and Error—Undertaking—Failure to Serve.**

1. Where appellants regularly served their notice of appeal and filed their undertaking, but failed to serve undertaking on respondent or her attorney, and offered no excuse for such failure, the appeal will be dismissed.

From Clatsop: JAMES A. EAKIN, Judge.

On motion to dismiss appeal.   Dismissed.

*Mr. Edward E. Gray,* for the motion.

*Mr. John H. Stevenson, Mr. George Estes* and *Messrs. G. C. & A. C. Fulton, contra.*

PER CURIAM.—1. The plaintiff had a decree in her favor in the court below and the defendants regularly served their notice of appeal and filed their undertaking, but failed to serve the undertaking on plaintiff or her counsel.   Plaintiff moves to dismiss the appeal and affirm the decree of the court below.   As no excuse is offered for the failure to serve the undertaking the appeal will be dismissed and the decree affirmed with judgment against appellants for the costs of this proceeding.   APPEAL DISMISSED.